trito de Mayagüez en causa por acometimiento y agresión con circunstancias agravantes. Resuelto en mayo 20, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———————

No. 688. El Pueblo, Demandante y Apelado, *v.* Lanuza et al., Acusados y Apelante el 1º.—Apelación procedente de la Corte de Distrito de Ponce en causa por conspiración. Resuelto en mayo 22, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. R. Martínez Nadal.*

———————

No. 124. Montalvo, Peticionario, *v.* Soto Nussa, Juez de Distrito, Demandado.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla en un caso sobre nulidad de actuaciones e indemnización de daños y perjuicios. Resuelto en mayo 22, 1914. Desestimada la solicitud y denegada la expedición del mandamiento de *certiorari.* El peticionario compareció por escrito en nombre propio. El demandado no compareció.

———————

No. 680. El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Humacao por abandono de menores. Resuelto en mayo 22, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———————

No. 1156. Ulman, Demandante y Apelado, *v.* Valdéz, Demandado y Apelante.—Apelación procedente de la Corte de